# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO. 1:11-cv-475 |
| § | |
| HARRINGTON & RICHARDSON, § | |
| MODEL: PARDNER PUMP, 20 GAUGE § | |
| SHOTGUN, SN: NY561157; and § | |
| ANY AND ALL ASSOCIATED § | |
| AMMUNITION § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court referred this matter to the Hon. Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 93-11. The Court has received and considered the report (Docket No. 9) of the magistrate judge, who recommends that the Court grant the Government's "Motion for Default Judgment" (Docket No. 7) and enter final judgment. When the magistrate judge entered the report and recommendation on April 26, 2012, the Clerk of Court was directed to serve the report and recommendation on potential claimant Amy Ray at her last known address. No objections to the report and recommendation have been filed. The Court's independent review confirms that the magistrate judge's analysis is correct.

The magistrate judge's report and recommendation (Docket No. 9) is **ADOPTED**, and the Government's "Motion for Default Judgment" (Docket No. 7) is **GRANTED**. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** this 7 day of **September, 2012.**

_____
Ron Clark, United States District Judge